Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: Lstone@shookandstone.com

Attorneys for Plaintiff Richard J. Dalley

**UNITED STATES DISTRICT Court**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD J. DALLEY,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:26-cv-01339-MDC<br><br>STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND ORDER<br><br>(FIRST REQUEST) |

Plaintiff Richard J. Dalley and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from July 30, 2026, to August 24, 2026, for Plaintiff to file his brief with all other deadlines as per the Supplemental Rules for Social

Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research and brief the issues presented. Plaintiff's counsel requests this extension because counsel has two previously scheduled District Court briefs to complete before the current deadline in this matter, as well as two administrative hearings this week that required substantial preparation and participation. In addition, counsel has District Court briefing deadlines each week through the requested extension period, with the requested deadline falling during the first week in which no other District Court brief is currently due. The requested extension will provide

///

sufficient time to adequately research, prepare, and file Plaintiff's brief.

DATE: July 23, 2026

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*

BY: ______________________

Marc V. Kalagian
Attorney for plaintiff Richard J. Dalley

DATE: July 23, 2026

SIGAL CHATTAH
First Assistant United States Attorney

/s/ *Christopher Vieira*

BY: ______________________

Christopher Vieira
Special Assistant United States Attorney
|*authorized by e-mail|

IT IS SO ORDERED:

______________________
HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE

DATED: July 30, 2026